# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-595
LT Case No. 2022-CA-000361

_____

SERVICE NETWORK DESIGN, LLC
d/b/a INSURCARD, JOHN ROBERT
MENDTE, and ROY SCHWARTZ,

    Appellants,

    v.

THE MSA CARD, LLC,

    Appellee.

_____

Nonfinal Appeal from the Circuit Court for Seminole County.
Michael J. Rudisill, Judge.

Derek J. Angell, of O'Connor, Haftel & Angell, PLLC,
Orlando, and Lauren Heatwole and Jennifer L. Morando, of
Heatwole Law Firm, P.A., Orlando, for Appellants.

Brad F. Barrios and David A. Hayes, of Turkel Cuva Barrios,
P.A., Tampa, for Appellee.

February 29, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____